UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
DONNA HEDGES, :
:
                   Plaintiff, :
:    20-CV-1766 (JMF)
    -v- :
:    ORDER TO SHOW CAUSE
BRRRN LLC, :
:
                  Defendant. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 15, 2020, the Court ordered Plaintiff to file any motion for default judgment no later than June 29, 2020. *See* ECF No. 8. On June 29, 2020, Plaintiff requested, and the Court granted, a three-week extension of time to file any such motion, making the new deadline July 20, 2020. *See* ECF Nos. 9, 10. To date, Plaintiff has not filed a motion for default judgment.

      Accordingly, it is hereby ORDERED that Plaintiff show cause, in writing and filed on ECF, why the Court should not dismiss this case for failure to prosecute. If the Court does not receive any such communication from Plaintiff by **July 30, 2020**, the Court will dismiss the case without further notice.

      Additionally, Plaintiff is directed (1) notify Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such service with the Court by **July 27, 2020**. If unaware of the identify of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

      SO ORDERED.

Dated: July 23, 2020
       New York, New York
                                              _____
                                              JESSE M. FURMAN
                                           United States District Judge